

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00156-CV

**IN RE** Sarah **RUIZ**, Individually and as Next Friend of A.T., a Minor

Original Proceeding[1]

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
             Lori I. Valenzuela, Justice
             H. Todd McCray, Justice

Delivered and Filed: March 25, 2026

PETITION FOR WRIT OF MANDAMUS DENIED

Relator, Sara Ruiz, filed her petition for writ of mandamus on February 26, 2026. Having considered the petition and accompanying record, this court has determined that Ruiz has not established that she is entitled to the relief requested. The petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2023-CI-20202, styled *Sarah Ruiz as Next of Friend of A.T. v. Allegiance Fire Protection LLC and Martin Aguilar*, pending in the 45th Judicial District Court, Bexar County, Texas, the Honorable Mary Lou Alvarez presiding.